B104 (FORM 104) (08/07)

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|
| **PLAINTIFFS**<br>Susan Smith | **DEFENDANTS**<br>Kevin Christopher Sharpton |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>Joseph P. Rusnak, Esq.<br>UBS Tower, Suite 1700<br>315 Deaderick Street<br>Nashville, TN 37238<br>(615) 244-2770 | **ATTORNEYS** (If Known)<br>Timothy A. Davis, Esq.<br>115 East Main Street<br>Lebanon, TN 37087 |
| **PARTY** (Check One Box Only)<br>☐ Debtor ☐ U.S. Trustee/Bankruptcy Admin<br>☑ Creditor ☐ Other<br>☐ Trustee | **PARTY** (Check One Box Only)<br>☑ Debtor ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor ☐ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Complaint to determine dischargeability of a particular debt [11 U.S.C. 523(a)(2)(A) and (a)(6)]

### NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☑ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny
**(continued next column)**

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☑ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa *et.seq.*
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $52,416.75 |

Other Relief Sought  Money Judgment

| **BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES** | | | |
|---|---|---|---|
| NAME OF DEBTOR<br>Kevin Christopher Sharpton | BANKRUPTCY CASE NO.<br>15-02719-KL3-7 | | |
| DISTRICT IN WHICH CASE IS PENDING<br>Middle | DIVISION OFFICE<br>Nashville | NAME OF JUDGE<br>Keith M. Lundin | |
| **RELATED ADVERSARY PROCEEDING (IF ANY)** | | | |
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. | |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE | |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br><br>/s/ Joseph P. Rusnak | | | |
| DATE<br>24 July 2015 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Joseph P. Rusnak | | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party**. Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| KEVIN CHRISTOPHER SHARPTON, | ) | Case No. 15-02719-KL3-7 |
| (SSN XXX-XX-1358) | ) | (Chapter 7) |
| | ) | Judge Keith M. Lundin |
| Debtor. | ) | |
| | ) | |
| | ) | |
| SUSAN SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. |
| | ) | |
| KEVIN CHRISTOPHER SHARPTON, | ) | |
| | ) | |
| Defendant. | ) | |

_____

## COMPLAINT TO DETERMINE DISCHARGEABILITY OF A DEBT
_____

The plaintiff, Susan Smith (hereinafter "Smith"), files this adversary proceeding and alleges as follows:

### *Jurisdiction and Venue*

1. This is an adversary proceeding brought by Smith pursuant to Bankruptcy Code section 523(c) and Bankruptcy Rule 7001(6). The United States Bankruptcy Court for the Middle District of Tennessee has jurisdiction of this proceeding pursuant to: (i) 28 U.S.C. § 1334(b) (2015) as a civil proceeding arising under 11 U.S.C. § 523 (2015), arising in and related to a currently pending Chapter 7 case; (ii) 28 U.S.C. § 1334(d) (2015) as a

civil proceeding arising in a currently pending Chapter 7 case; and (iii) 28 U.S.C. § 157 (2015). This is a core proceeding under 28 U.S.C. § 157(b)(2)(I) (2015).

2. Venue is appropriate in the Middle District of Tennessee pursuant to 28 U.S.C. § 1409(a) (2015).

3. This adversary proceeding has been filed within the time allowed by applicable law.

### *Parties*

4. Smith is a citizen and resident of the State of Tennessee.

5. The debtor-defendant, Kevin Christopher Sharpton (the "Debtor"), is an individual Chapter 7 debtor in this Court. Upon information and belief, the Debtor resides at 815 Stone Broke Drive, Lebanon, Tennessee.

### *Background*

6. On April 21, 2015 (the "Petition Date"), the Debtor filed a voluntary petition under Chapter 7 of the Bankruptcy Code. Upon information and belief, the Debtor's meeting of creditors is currently set for August 10, 2015.

7. July 27, 2015 has been fixed as the objection deadline contained in Bankruptcy Rules 4004(a) and 4007(c).

### *Count One*

8. Paragraphs 1-7 are incorporated herein by reference.

9. Prior to the Petition Date, Smith obtained a state court judgment against the Debtor for breach of contract, intentional misrepresentation, fraudulent concealment, and

claims of fraud and misrepresentation under the Tennessee Consumer Protection Act (the "Judgment").

10. A true and correct copy of the Judgment is attached hereto.

11. The Judgment results in a "debt" owed to Smith as that term is defined in Bankruptcy Code section 101(12).

12. Smith possesses a "claim" against the Debtor as that term is defined in Bankruptcy Code section 101(5).

13. The Debtor obtained money, property, materials, and/or services from Smith.

14. The Debtor obtained such money, property, materials, and/or services from Smith by false pretenses, a false representation, or actual fraud.

### *Count Two*

15. Paragraphs 1-14 above are incorporated herein by reference.

16. The debt owed to Smith is the result of a willful and malicious injury by the Debtor.

17. The Debtor obtained such money, property, materials, and/or services from Smith by a willful and malicious injury to Smith.

### *Prayer for Relief*

WHEREFORE, Smith requests the following:

1. That Judgment be entered declaring the amounts owed to Smith by the Debtor non-dischargeable under Bankruptcy Code section 523; and

2. That Smith be granted any and all other relief to which she may be entitled.

Dated: July 24, 2015.

                           Respectfully submitted,

                          */s/ Joseph P. Rusnak*
                         Joseph P. Rusnak
                         **TUNE, ENTREKIN & WHITE, P.C.**
                         UBS Tower, Suite 1700
                         315 Deaderick Street
                         Nashville, TN  37238
                         (615) 244-2770 Voice
                         (615) 244-2778 Telecopy
                         Jrusnak@tewlawfirm.com

                         Attorneys for Susan Smith

*H:\JPRAssistant\JPR\Smith, Susan2015\ComplaintDetermineDischarge523a2Amended.wpd*